**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTATE OF DAAIYAH JOLLY BOYD, DECEASED; ADMINISTRATOR JAMES PATRICK BOYD, | Case No.: 2:26-cv-01183-CDS-NJK |
| Plaintiff(s) | **ORDER GRANTING**<br>**NOTICE OF APPEARANCE** |
| v. | |
| FIRST AMERICAN TITLE AND INSURANCE SERVICES AKA QUALITY LOAN SERVICES DBA FIN TITLEXXXXXXX INCLUSIVE, SHELLPOINT MORTGAGE SERVICES, | |
| Defendant(s). | |

Natalie L. Winslow and Troy A. Lawrence of the law firm Atlas | Solomon LLP, give notice of their appearance as counsel for NewRez LLC dba Shellpoint Mortgage Servicing erroneously sued as "Shellpoint Mortgage Services" and request that copies of all documents in this proceeding be furnished to them at the address set forth below.

Dated this 29th day of April, 2026.

**IT IS SO ORDERED**
Dated: April 30, 2026

1

_____
Nancy J. Koppe
United States Magistrate Judge