# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Estate of Daaiyah Jolly-Boyd, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>First American Title and Insurance Company, et al.,<br><br>        Defendants. | Case No. 2:26-cv-01183-CDS-NJK<br><br>[Docket No. 16] |

Pending before the Court is Plaintiff James Patrick Boyd's motion for extension of time to retain counsel.[1]  Docket No. 16.  The Court does not require a response or a hearing.  *See* Local Rule 78-1.

On June 10, 2026, the Court ordered Plaintiff James Boyd to show cause in writing, no later than July 8, 2026, why this case should not be dismissed.  Docket No. 12.  The Court explained that there are two threshold issues with the case.  *Id.* at 1.  First, Plaintiff has not paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*.  *Id.*  Thus, the Court ordered Plaintiff Boyd to either pay the filing fee or file an application to proceed *in forma pauperis*.  *Id.*  However, Plaintiff has not complied with this order and fails to request an extension of time as to this requirement in the instant motion.  *See* Docket No. 16.  Second, "a nonlawyer may not commence or maintain litigation on behalf of another person or entity."  *Id.* at 1.  Thus, the Court explained that "[t]he entry of appearance of an attorney in the instant case and either the payment of the filing fee or the filing of a proper application to proceed *in forma pauperis* will automatically discharge this order to show cause."  *Id.* at 1.

Through the instant motion, Plaintiff requests a 30-day extension of time to have an attorney file a notice of appearance.  Docket No. 16.  Plaintiff submits that good cause exists for an extension because Plaintiff has encountered several hurdles in obtaining counsel including time

---

[1] The Court liberally construes the filings of *pro se* litigants.  *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

constraints, "financial boundaries of the Estate pending probate release," and the litigation involving both federal civil claims and state probate matters. *Id.* at 3.

For good cause shown, the Court **GRANTS** Plaintiff's motion for extension of time to retain counsel. Docket No. 16. The Court **ORDERS** Plaintiff James Boyd to have an attorney file a notice of appearance on the docket no later than August 7, 2026. The Court further **ORDERS** Plaintiff Boyd to either pay the filing fee or file a proper application to proceed *in forma pauperis* no later than July 22, 2026. Failure to comply with this order will result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated: July 8, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2