**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Estate of Daaiyah Jolly-Boyd, et al.,

Plaintiffs,

v.

First American Title and Insurance Co., et al.,

Defendants.

Case No. 2:26-cv-01183-CDS-NJK

**Order**

(Docket Nos. 20, 22, 23)

On August 4, 2026, the undersigned recommended the dismissal of the instant case, as Plaintiff Boyd has failed to pay the filing fee or file a proper application to proceed *in forma pauperis*. Docket No. 21.[1] Accordingly, the Court **DENIES** without prejudice the motions at Docket Nos. 20, 22, and 23. In the event any portion of this case is not dismissed, Plaintiff may refile these motions within 14 days of the order regarding the Report and Recommendation.

Dated: August 13, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] Since the Court issued the Report and Recommendation, the deadline for Plaintiff Boyd to hire counsel on behalf of his deceased mother and her estate and have counsel enter an appearance has also expired without Plaintiff's compliance. *See* Docket.